**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Pamela J. Tevis | CHAPTER 13 |
| | BKY. NO. 13-22994 CMB |
| Debtor | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

Respectfully submitted,

**/s/James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
Attorney I.D. No. 42524
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
jwarmbrodt@kmllawgroup.com